### James C. BAREFIELD, Petitioner,

v.

### UNITED STATES POSTAL SERVICE, Respondent.

### No. 01–3237.

United States Court of Appeals, Federal Circuit.

Aug. 23, 2001.

### ORDER

On July 24, 2001 the court issued a show cause order requiring James C. Barefield to respond before August 14, 2001. Barefield has failed to comply with this order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States Postal Service motion to dismiss is granted.

(2) Each party shall bear its own costs.

### UNIQUE COUPONS, INC., Plaintiff–Appellant,

v.

### NORTHFIELD CORPORATION, Defendant–Cross Appellant.

### No. 01–1406.

United States Court of Appeals, Federal Circuit.

Aug. 23, 2001.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).